EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
BRIAN C. KINNEY, State Bar No. 245344
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5255
 Fax:  (415) 703-5843
 Email:  Brian.Kinney@doj.ca.gov

Attorneys for Respondent Warden Robert Ayers, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RONALD D. MOORE,**<br><br>                              Petitioner,<br><br>       v.<br><br>**ROBERT L. AYERS, JR., Warden,**<br><br>                              Respondent. | C07-3426  JSW<br><br>**REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL**<br><br>Judge:   The Honorable Jeffrey S. White |

**REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Petitioner Ronald D. Moore is a California state inmate proceeding pro se in this habeas corpus action.  Petitioner, who is currently serving an indeterminate sentence for first-degree murder, alleges that the California Board of Parole Hearings unconstitutionally denied him parole in a 2005 parole consideration hearing.  On October 29, 2007, this Court issued an order to show cause why the writ should not be granted.  For the reasons set forth in the accompanying

/ / /

/ / /

/ / /

declaration of counsel, Respondent respectfully requests a thirty-day extension of time, up to and including January 28, 2008, to file a responsive pleading in this matter.

Dated: December 28, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General


/S/  BRIAN C. KINNEY
BRIAN C. KINNEY
Deputy Attorney General
Attorneys for Respondent

40201587.wpd
SF2007200880

Req. for Ext. of Time to File a Response; Decl. of Counsel

*Moore v. Ayers*
C07-3426  JSW

## DECLARATION OF COUNSEL

I, Brian C. Kinney, declare:

1. I am an attorney licensed to practice before the courts of the State of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Ronald Moore.

3. On October 29, 2007, this Court issued an order to show cause requiring Respondent to file a responsive pleading by December 28, 2007. This matter was assigned to me on November 13, 2007.

4. I am requesting an extension of time because I have had nine other matters due in other courts during this time.

5. I have not had the time to review all of the documents filed by Mr. Moore or all of his records from the California Department of Corrections and Rehabilitation. Therefore, I respectfully request an additional thirty days, up to and including January 28, 2008, to file a responsive pleading in this matter.

6. Mr. Moore is representing himself, and, because he is currently incarcerated, he is not easily reachable for notification that I am requesting an extension of time.

7. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

8. Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on December 28, 2007, in San Francisco, California.

/S/ BRIAN C. KINNEY
Brian C. Kinney
Deputy Attorney General

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ronald D. Moore v. Robert L. Ayers**, Jr., Warden

Case No.:    **C07-3426  JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 28, 2007**, I served the attached

1)    REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL
and

2)    [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ronald D. Moore (D-92538)
San Quentin State Prison
San Quentin, CA 94974
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 28, 2007**, at San Francisco, California.

|  |  |
|---|---|
| R. Panganiban | /S/ R. Panganiban |
| Declarant | Signature |

40201629.wpd