IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RONALD D. MOORE,** | C07-3426  JSW |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ROBERT L. AYERS, JR., Warden,** | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including January 28, 2008, to file a responsive pleading in this matter.  If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: _____       _____
                                                                                    The Honorable Jeffrey S. White