# EXHIBIT A

**In the Superior Court of the State of California**

in and for the County of ___SAN MATEO___

(ENDORSED)
**FILED**
OCT 3 - 1988
WARREN SLOCUM, County Clerk
By ___VIRGILIO S. CASTRO___
DEPUTY CLERK

___AMENDED___ **Abstract of Judgment**

Commitment to State Prison

Dept. No. __17__   Case No. __C-17391__

The People of the State of California

vs.

RONALD JOE MOORE, _____ Defendant.

Present:

Hon. __MARGARET J. KEMP__
Judge of the Superior Court

__STEVE WAGSTAFFE__
Prosecuting Attorney

__PATRICK CONCANNON__
Counsel for Defendant

This certifies that on the __1st__ day of __August__, 19__88__, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. __C-17391__ Count No. __I__ he was convicted by __JURY__ (court or jury); on his plea of __NOT GUILTY__

(guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of __FIRST DEGREE MURDER__

(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence.)

in violation of __SECTION 187 OF THE CALIFORNIA PENAL CODE__

(reference to Code or Statute, including Section and Subsection thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Defendant has been held in jail custody for __946__ days as a result of the same criminal act or acts for which he has been convicted. (631 actual days plus 315 days good time/work time)

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.
(was or was not)

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense within the meaning of Sections 969c and 12022 of the Penal Code.
(was or was not)

Defendant __did not use__ firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the Penal Code.
(used or did not use)

(Repeat foregoing with respect to each count of which defendant was convicted.)

ABSTRACT OF JUDGMENT

(2) Defendant <u>was not</u> adjudged habitual criminal within the meaning of Subsection _____ of Section 644 of the Penal
        (was or was not)                                                                    (a or b)

Code; and the defendant <u>is not</u> a habitual criminal in accordance with Subdivision (c) of that Section.
                (is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in the State Prison of the State of California for the term OF 25 YEARS TO LIFE provided by law, and that he be remanded to the Sheriff of the County of <u>SAN MATEO</u> and by him delivered to the Director of Corrections of the State of California at

<u>CALIFORNIA MEDICAL FACILITY, VACAVILLE, CA.</u>

It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count):

<u>on vs 187PC, 25 years to life;</u>

<u>enhancement is stayed.</u>

and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences from other jurisdictions):

(4) To the Sheriff of the County of <u>SAN MATEO</u> and to the Director of Corrections at the <u>CALIFORNIA MEDICAL FACILITY, VACAVILLE</u>, pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the custody of the Director of Corrections at <u>CALIFORNIA MEDICAL FACILITY, VACAVILLE</u>, California, at your earliest convenience.

Witness my hand and seal of said court this _____ day of OCT 3 - 1988

WARREN SLOCUM _____ Clerk,

by _____ Deputy

State of California,
County of <u>SAN MATEO</u>   } ss.

I do hereby certify the foregoing to be a true and correct abstract of judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213.

Attest my hand and seal of the said Superior Court this _____ day of OCT 3 - 1988, 19_____.

WARREN SLOCUM by: _____
County Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of <u>SAN MATEO</u>

The Honorable <u>MARGARET J. KEMP</u>
Judge of the Superior Court of the State of California, in and for the County of <u>SAN MATEO</u>

SEAL

NOTE: If probation was granted in any sentence of which abstract of judgment is certified, attach a minute order reciting the fact and imposing sentence or ordering a suspended sentence into effect.

RECEIVED LEGAL 88 OCT -5 A10:56

RECORDS OFFICE FOLSOM STATE PRISON NOV 23 1988