# EXHIBIT   F

LIFE PRISONER EVALUATION REPORT
## SUBSEQUENT PAROLE CONSIDERATION HEARING
## NOVEMBER CALENDAR 2005

I.    **COMMITMENT FACTORS:**

A.    **Life Crime:**

Count One: Murder in the First Degree, PC187. Case Number C-17391 in the County of San Mateo. Sentence: 25 to Life. Minimum Eligible Parole Date 7-12-03. Victim: Claire Miller, age 34. Received by CDC 8-5-1988.

1.    **Offense Summary:**

On November the 10, 1986, San Mateo Police Department report states that, at approximately 2:00 p.m. an investigating officer responded to the report of a disturbance at a motel on North Bayshore Boulevard.  The manager of the Motel reported that he received a telephone call from a hysterical male asking for the Police and an ambulance to be sent to Room 229. The officer found Ronald Moore in Room 229 with the victim, Claire Miller, who was unconscious and appeared to have been beaten.  At first, Mr. Moore told the police that he had returned home to the motel room and found the victim nude, unconscious and apparently beaten.  He said that the victim occasionally engaged in acts of prostitution and when she did so, Mr. Moore left the room. He said he left on this date for that reason. The victim, who had been transported to the hospital soon after the arrival of the police, died of a brain injury suffered during the assault.  Eventually, Mr. Moore changed his story and told the officer that he and the victim used crack cocaine by smoking it. They became engaged in an argument.  The defendant said that the victim lied to him about her use of cocaine and seeing other men and having sexual relations with them in order to obtain Crack Cocaine. Moore said that the argument became a physical altercation between Miller and himself. As a result, the victim "became unconscious" and Moore eventually had to give her CPR.  Later, he determined that he could do nothing more to help her.

2.    **Prisoner's Version:**

Moore gave me the following circumstances in regard to his instant offense:

He was at the Motel where he and his girlfriend of two years lived. They had been on a run for 3-5 days, using Crack Cocaine and drinking whiskey. Moore stated, "We started arguing about all kinds of things and the argument turned physical. I thought she hit me with the phone. Things escalated quickly. We

MOORE, RONALD              D-92538              CSP-SQ              NOV. 2005

were pushing and shoving each other. I pushed and shoved her. She hit the wall and went down. Before I realized what was going on, she was passed out and was not moving. I did not see any blood, so I didn't think she was hurt, that bad. "I tried to revive her, it did not work. I called for help, when they came; I was scared so, I lied about what happened. " Moore indicated that some of the details are "kind of foggy", and that he does not have a very clear memory regarding the incident.

### B.     Aggravating/Mitigating Circumstances:

#### 1.     Aggravating Circumstances:

a.  The victim was vulnerable.
b.  The prisoner had a relationship of confidence and trust with the victim.
c.  The murder was senseless and served no purpose for completing the crime.
d.  The victim was physically abused, causing brain trauma, which lead to her death.
e.  Use of alcohol or drugs in the crime.
f.  The crime exhibited viciousness, cruelty or callousness.

#### 2.     Mitigating Circumstances:

a.  The prisoner tried to help the victim by initiating CPR and calling for help.
b.  Prisoner has a minimal history of criminal behavior.

## II.     PRECONVICTION FACTORS:

### A.     Juvenile Record:

None noted in the central file.

### B.     Adult Convictions and Arrests:

There is an arrest for Burglary noted on his FBI report on 3-25-67 for PC 459. There is no disposition noted.

Sacramento Police Department on 11-6-67 arrested Moore for HS11530, however this was dismissed due to a lack of evidence on 1-19-68.

On 6-2-68 the Sacramento Police Department arrested Moore for Burglary. He was convicted of Attempted PC487 (Grand Theft). He received 3 years probation, 2 months county jail, and on 3-29-71 the conviction was set aside and dismissed pursuant to section PC1203.4.

MOORE, RONALD                 D-92538              CSP-SQ              NOV. 2005

On 7-30-68 Moore was arrested by Sacramento Sheriff's Office for Grand Theft, the disposition reflects (city remand). This may be the above listed arrest.

On 7-8-69 Moore was arrested by Sacramento Sheriffs Office for HS11530 Possession of Marijuana, and the charges were dismissed.

On 7-8-71 the Sheriff's Office Sacramento arrested Moore for PC484 (Petty Theft). He received 90 days county jail, 3 years suspended, 10-2-73; the conviction set-aside pursuant to section PC1203.4

Moore does not have any other arrests noted in his central file.

**C.**     **Personal Factors:**

Moore was born February 22, 1949 in Sacramento, California. He was the second of two children in his family. Moore's mother is a Home Health Aide. Moore claims his mother ensured that their home life was a good Church environment. His father was a Construction Worker and Laborer. His father had a serious alcohol abuse problem. Mr. Moore once said to an interviewer, "the happiest times were when his father was passed out..." Moore graduated from Grant Union High School in 1966. Moore is married, but he is currently going through divorce proceedings. Moore has two children from this marriage. Moore was separated from his wife at the time of the instant offense and he lived with the victim for about one year. He was unemployed at the time of the instant offense.

**III.**     **POSTCONVICTION FACTORS:**

**A.**     **Special Accommodations/Disability:**

Moore denies any Disabilities or the need for special accommodations per the Armstrong Remedial Plan.

**B.**     **Custody History:**

Moore was received by the California Department of Corrections at the Northern Reception Center on 8-5-1988. On 8-25-88 Mr. Moore was transferred to California State Prison – Sacramento. Moore appeared on 8-30-88 for Initial Classification, his custody was set at Close B, and he was placed on the PIA Waiting list. On 8-31-88 Moore was transferred to CSP-Folsom. On 10-7-88 Moore was assigned as a Clerk. On 6-4-90 Moore appeared before UCC for Post Board Review, his custody was raised to Close A in accordance with the Folsom Operational Plan # 60, UCC removed Moore from PIA and placed him on a waiting list. On 8-16-90 Moore

MOORE, RONALD       D-92538       CSP-SQ       NOV. 2005

appeared for Annual Review, he was assigned as a Lieutenants Clerk, and his case was referred to the Classification Services Representative (CSR) with recommendations to Transfer to the California Medical Facility-South (CMF-S) or Duele Vocational Institute (DVI). On 1-30-90 Moore was transferred to California Medical Facility-Main (CMF-M). On 12-13-90 Moore appeared before UCC for Initial Classification, his custody was reduced to Medium A and he was assigned to the PIA bookbindery.    On 1-8-91 Moore received an assignment change to Vocational Auto Mechanics. On 9-3-91 Moore appeared before UCC for Post Board and he was assigned to PIA Maintenance. On 8-3-93 Moore appeared for Annual Review/ transfer consideration, and his case was referred to the CSR for transfer to Solano or CMF. On 8-31-93 Moore transferred to San Quentin. On 9-16-93 Moore appeared before UCC for Initial Classification, and he was assigned to the PIA waiting list. On 9-28-93 Moore was assigned to Industries. On 7-27-95 Moore appeared for Annual Review, and his case was referred to the CSR for a San Quentin II override. Moore has been housed in the San Quentin general population since his arrival. Moore is assigned as a Clerk in the tool room and he is cross training, with exceptional work reports noted.

C.    **Therapy & Self-Help Activities:**

Laudatory Chronos-The following Chrono's 4-9-91, PIA 12-7-92, PIA 5-19-94, 11-30-95 PIA, and 6-3-99.

Self Help & Therapy-attended the following programs, Breaking Barriers 6-27-91, Alumni Breaking Barriers 7-15-91, and 30 hours Breaking Barriers 8-14-92, IMPACT Module III- per chrono's dated 10-18-04, 1-3-05, 2-14-05, and 3-21-05.

Narcotics Anonymous- Chrono dated 8-2-91 reflects attendance to Narcotics Anonymous.

Anonymous Anonymous-per chrono's dated 10-01-03, 12-29-03, 6-21-04, 9-30-04, 12-31-04, 3-31-05, and 6-30-05.

Education- 5-8-92, English 1-26-98, Sociology 4-27-98, Biblical Theology I6-1-98, composition and Reading 9-23-98, Intro Composition Reading 9-8-98, Biblical Theology 4-1-99, Ethics 1-11-00, Literary Studies of the Bible 5-8-00, and Philosophy 3-27-01, Art Appreciation 2000, Philosophy 2000, Religious Studies 2001, Communications 8-14-02,Evangelism and Outreach 6-24-03, Algebra 9-15-03, Person /Work of the Holy Spirit 1-26-04, Pastoral Care 6-24-04, Church Leadership/Administration 10-6-04, Biblical Counseling-Self Confrontation 3-03, and Old Testament Survey 5-18-05.

Certificate- Customer Service Specialist 9-2-04, Computer Operator 6-4-97, and Data Entry Operator 2-24-00.

MOORE, RONALD          D-92538          CSP-SQ          NOV. 2005

**D.**   Disciplinary History:

Mr. Moore has no disciplinary history.

## IV.   FUTURE PLANS:

**A.**   Residence:

Moore plans to live with his Mother, Evelyn Moore at 3716 Natoma Way, Sacramento, California, phone #916-927-8852. Moore indicates he can also live with his nephew, Willie Moore at 7557 Monte Brazil Avenue. Sacramento, California, phone # 916-927-8853. Moore claims his family is supportive of his release and that he will provide support letters prior to his board appearance.

Moore also has contacted Walden House, Transitional living program in San Francisco, California.

**B.**   Employment:

Moore has skills as a Certified Entry Operator. He plans to work in the Data Entry/ Computer field. He has no current job offers on record, but feels he will not have any problem finding a job. Moore is interested in counseling others. Moore expresses interest in Drug, Biblical, and general life counseling. Moore claims he is currently taking a Biblical Counseling class at the Chapel. Moore plans on taking classes in Theology, Counseling, and attending the local Junior college at night. Moore currently does not have a job offer, but he is willing to take any type of employment. He has also been learning to work on the CNC-saw and is approximately 6 months away from being an apprentice. He also has a certification as a customer service representative.

## V.   SUMMARY:

**A.**   Moore appears very remorseful and expresses deep regret for his actions. He acknowledges his responsibility for the crime. He does not attempt to make any excuses for his actions. Moore states, "I can't fix it".

Moore has been very active in positive programming since his last Board appearance. He has participated in IMPACT, College classes, AA. N.A, and Religious Programs. Moore has taken the initiative to become involved in many of the self-help and therapy classes available to him. He has also been cross training on the CNC-Saw in addition to his regular job assignment in the PIA Tool room. Moore's family is supportive of his release and he has

MOORE, RONALD          D-92538          CSP-SQ          NOV. 2005

sufficient job skills to be successful. Moore's participation in Substance Abuse programs should be acknowledged that he is addressing one of the contributing factors that led to his crime. Moore has also been facilitating classes in Church and his involvement has made a noticeable difference in his overall demeanor. Moore has been disciplinary free throughout his incarceration.

**B.**     Prior to release Moore could benefit from: Attending available self-help and therapy, Alcoholics Anonymous, Narcotics Anonymous, classes related to anger management or violence, and continue to participate in Educational classes.

**C.**     This report is based on an interview with the prisoner on 10-21-05 lasting approximately 2 hours, a complete review of the central file lasting approximately 4 hours, and casework contact with Moore over the past 3 years.

**D.**     Moore was afforded an opportunity to examine his central file on 10-21-05, there is a Chrono signed in the central file reflecting that Moore did take the opportunity to review his central file.

MOORE, RONALD          D-92538          CSP-SQ          NOV. 2005

L. Shaw
Correctional Counselor I

V. Kelley
Correctional Counselor II

C. Belshaw
Correctional Counselor III, C&PR

MOORE, RONALD          D-92538          CSP-SQ          NOV. 2005