# EXHIBIT I

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| In re RONALD MOORE, on Habeas Corpus. | A115917<br>(San Mateo County Super. Ct. No. SC 17391 A) |

FILED
COURT OF APPEAL FIRST APPELLATE DISTRICT
JAN 1 6 2007
DIANA HERBERT, CLERK
_____DEPUTY CLERK

BY THE COURT:

The petition for writ of habeas corpus is denied.

Dated: _____JAN 1 6 2007_____           _____P.J.