# EXHIBIT J

*Moore, Ronald*

Court of Appeal, First Appellate District, Div. 2 - No. A115917
S149713

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re RONALD MOORE on Habeas Corpus

The petition for review is DENIED.

SUPREME COURT
FILED
MAR 2 - 2007
Frederick K. Ohlrich Clerk

GEORGE
Chief Justice